# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISABILITY
INACTIVE STATUS OF DALE E.
HALEY, BAR NO. 571

No. 77076

FILED

OCT 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER TRANSFERRING ATTORNEY TO
## DISABILITY INACTIVE STATUS

The State Bar and attorney Dale Haley have petitioned this court for an order transferring Haley to disability inactive status. *See* SCR 117(2). Having reviewed the petition, we conclude that the relief requested in the petition is warranted under the circumstances. Accordingly, Haley is transferred to disability inactive status. He may not resume active status until he files a petition for reinstatement as provide in SCR 117(4) and is reinstated by order of this court. In light of this order, any pending disciplinary proceedings against Haley are suspended. SCR 117(2).

Haley shall comply with SCR 115 as required by SCR 117(7); if Haley is unable or fails to comply, the State bar shall proceed under SCR

18-41083

118. The State Bar shall effect notice of this order as required by SCR 121.1 and bar counsel shall provide this court with proof that notice has been served.[1]

It is so ORDERED.

_____, C.J.
Douglas

_____, J.      _____, J.
Cherry                            Gibbons

_____, J.      _____, J.
Pickering                         Hardesty

_____, J.      _____, J.
Parraguirre                       Stiglich

cc:  Bar Counsel, State Bar of Nevada
     Dale E. Haley
     Chair, Southern Nevada Disciplinary Board
     Executive Director, State Bar of Nevada
     Admissions Office, U.S. Supreme Court

---

[1]This order shall be public, but all other documents filed with the court in this matter shall remain confidential. SCR 121(7), (12); *see also* SCR 117(2). This order constitutes our final disposition of this petition. Any further proceedings shall be docketed under a new docket number.